UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD AMARELD, JR., | Case No. 2:13-cv-0758-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER DENYING REQUEST FOR EXTENSION |
| TROPICANA LAS VEGAS INC., et al., | |
| Defendant(s). | (Docket No. 32) |

Pending before the Court is a stipulation to extend discovery deadlines, filed on September 18, 2013.  Docket No. 32.  The parties are requesting roughly 6-month extensions of the discovery deadline, the amend pleadings and adding parties deadline, the expert disclosure deadline, the rebuttal expert disclosure deadline, the dispositive motions deadline, and the pretrial order deadline.

Local Rule 24-6 governs extensions of discovery deadlines. Pursuant to the rule, "All motions or stipulations to extend a deadline set forth in a discovery plan shall be received no later than twenty-one (21) days *before expiration of the subject deadline*." Local Rule 26-4 (emphasis added). Any motion or stipulation filed before 21 days prior to the expiration of the subject deadline must be supported by a showing of good cause. *Id.* Any motion or stipulation filed less than 21 days prior to the expiration of the subject deadline (or after the subject deadline has expired) must be supported by a showing of excusable neglect. *Id.*

The current deadline to amend pleadings or add parties is September 3, 2013, and the expert disclosure deadline is October 3, 2013.  Accordingly, the request was not made at least 21 days

before expiration of that deadline and the Court will extend these deadlines only upon a showing of excusable neglect. Excusable neglect was not shown in the stipulation.

With respect to the other deadlines, the Court will only provide an extension upon a showing of good cause. The parties are seeking to essentially double the discovery period through their requested extension, but have failed to provide good cause for such a lengthy extension.

Accordingly, the stipulation to extend deadlines is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: September 19, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge