UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD AMARELD, JR., ) <br> ) <br> ) <br> Plaintiff(s), ) <br> vs. ) <br> ) <br> TROPICANA LAS VEGAS, INC., et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) | 2:13-cv-00758-APG-NJK <br><br> ORDER DISCHARGING <br> ORDER TO SHOW CAUSE |

On November 7, 2013, the Court issued an order for Jenny Foley to show cause regarding the filing of discovery documents on the docket. *See* Docket No. 41. The Court has now received Ms. Foley's response. Docket No. 42. The Court accepts Ms. Foley's representation that she will cease filing discovery documents on the docket and declines to impose monetary sanctions. Accordingly, the order to show cause is hereby DISCHARGED.

IT IS SO ORDERED.

DATED: November 15, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge