UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DONALD AMARELD, JR.,<br><br>              Plaintiff(s),<br>v.<br><br>TROPICANA LAS VEGAS, INC., et al.,<br><br>              Defendants. | 2:13-cv-00758-APG-NJK<br><br>ORDER DENYING WITHOUT PREJUDICE CONSOLIDATED MOTION<br><br>(Docket No. 46) |

      Pending before the Court is a consolidated motion filed by Plaintiff. Docket No. 46. The filing appears to seek numerous, distinct forms of relief, including an order compelling production of documents, an order imposing sanctions related to requests for admission, and an order modifying the scheduling order to permit the filing of an amended complaint. *See id.* Pursuant to the procedures adopted by the Court, motions may only seek one type of relief. *See* Special Order 109, III.F.4. Because the pending filing fails to comply with Special Order 109, it is hereby **DENIED** without prejudice.

      IT IS SO ORDERED.

      DATED: February 13, 2014

                                                _____<br>
                                                NANCY J. KOPPE<br>
                                                United States Magistrate Judge