# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD AMARELD, JR., | Case No. 2:13-cv-00758-APG-NJK |
| Plaintiff(s), | ORDER SETTING HEARING |
| vs. | (Docket Nos. 48, 49, 50, 58) |
| TROPICANA LAS VEGAS HOTEL & RESORT, INC., et al., | |
| Defendant(s). | |

Pending before the Court are Plaintiff's motion to compel (Docket No. 48), Plaintiff's motion for sanctions (Docket No. 49), Plaintiff's motion to amend the complaint (Docket No. 50), and Defendant's counter-motion for sanctions (Docket No. 58). The Court hereby **SETS** these motions for hearing on May 6, 2014, at 3:00 p.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED: April 18, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge