UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DONALD AMARELD, JR.,  )
                     )
         Plaintiff,  )    2:13-cv-0758 APG-NJK
                     )
vs.                  )    MINUTES OF THE COURT
                     )
TROPICANA LAS VEGAS HOTEL )
AND RESORT INC, et al,   )    DATED April 11, 2016
                     )
         Defendants. )
                     )

PRESENT
THE HONORABLE ANDREW P. GORDON, UNITED STATES JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>     RECORDER:    NONE APPEARING

COUNSEL FOR PLAINTIFF (S) :              NONE APPEARING

COUNSEL FOR DEFENDANT (S) :              NONE APPEARING

MINUTE ORDER IN CHAMBERS:

The Order on Stipulation of Dismissal (#85) was entered in this case on August 19, 2014. Good cause appearing,

IT IS ORDERED that the Cash Deposit by Plaintiff, Donald Amareld, Jr., (#11), posted in the amount of $500.00, receipt #NVLAS019216 filed May 28, 2013, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____
          UNITED STATES DISTRICT JUDGE

DATED:    April 12, 2016